**Motion granted and Abatement Order filed October 26, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00236-CV
_____

**WARRIOR ENERGY SERVICES CORP., Appellant**

**V.**

**OILFIELD SPECIALTIES, LLC; DONALD V. UMPHRIES; AND GABOR P. WILLIGER, Appellees**

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-46881**

## ABATEMENT ORDER

Before the court is appellant's motion to abate this appeal based on the pendency of another related appeal, No. 14-20-00069-CV. Appellant contends that because the judgment in this underlying appeal is based on the ostensibly preclusive effect of the judgment challenged in the related appeal, and because the outcome of the related appeal would be at least largely dispositive of this present appeal, the parties' and the court's resources would be wasted if this appeal proceeds before the

related appeal is resolved. As we conclude the motion has merit, we issue the following order:

The appeal is abated, treated as a closed case, and removed from this court's active docket pending the issuance of the mandate in Appeal No. 14-20-00069-CV. This appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss this appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate this appeal filed by any party, or the court may reinstate this appeal on its own motion.


PER CURIAM


Panel Consists of Justices Wise, Jewell, and Poissant.